

# Missouri Court of Appeals
## Southern District

## DECEMBER 16, 2015

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD33842

      Re:    STATE OF MISSOURI,
             Plaintiff-Respondent,
             vs.
             RANDOLPH L. SCHMIDT,
             Defendant-Appellant.